No. 11-6009. Fred Erby, Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 361, 181 L. Ed. 2d 229, 2011 U.S. LEXIS 7027.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-6012. Henry Callaway, Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 361, 181 L. Ed. 2d 229, 2011 U.S. LEXIS 7043.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6014. Robert Michael Hanrahan, Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 362, 181 L. Ed. 2d 229, 2011 U.S. LEXIS 7099.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 415 Fed. Appx. 62.

No. 11-6016. Andrew C. Koons, Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 362, 181 L. Ed. 2d 229, 2011 U.S. LEXIS 7022.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 639 F.3d 348.

No. 11-6017. David Austin, Jr., Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 362, 181 L. Ed. 2d 229, 2011 U.S. LEXIS 6973.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6019. Alvan Chiemezie Asieru, aka Alvan Asieru, Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 362, 181 L. Ed. 2d 229, 2011 U.S. LEXIS 6777.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 435 Fed. Appx. 605.

No. 11-6020. Luis Mangual, Jr., Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 362, 181 L. Ed. 2d 229, 2011 U.S. LEXIS 6803,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 238.

No. 11-6030. William L. Handy, Jr., Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 362, 181 L. Ed. 2d 229, 2011 U.S. LEXIS 6970.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 419 Fed. Appx. 380.